**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICE OF DANIEL G. SHAY**
Daniel G. Shay, Esq.
danielshay@tcpafdcpa.com
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7249
Facsimile: (866) 431-3292

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE HUDSON, CHARISSA LEWIS, WILLIAM PEREZ, JR., RUSSELL SMITH, AND CHRISTINA WISEMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendant. | **Case No.:** 3:17-CV-1741-AJB-JLB<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. JILL L. BURKHARDT** |

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiffs JANE HUDSON, CHARISSA LEWIS, WILLIAM PEREZ, JR., RUSSELL SMITH, AND CHRISTINA WISEMAN ("Plaintiffs") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal without Prejudice within 60 days. Plaintiffs request that all pending dates and filing requirements with regard to Experian be vacated and that the Court set a deadline on or after April 20, 2018, for filing a Joint Dismissal.

Dated: February 21, 2018                                                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: _____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFFS

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, located at 1303 East Grand Avenue, Suite 101, Arroyo Grande, CA 93420. On February 21, 2018, I served the herein described document(s):

**NOTICE OF SETTLEMENT RE: THE DUNNIGNG LAW FIRM ONLY**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Arroyo Grande, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

- ☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

| | |
|---|---|
| **John A. Vogt (198677)**<br>**JONES DAY**<br>**3161 Michelson Drive, Suite 800**<br>**Irvine, CA 92612**<br>e-mail: **javogt@jonesday.com** | **Ann T. Rossum (281236)**<br>**JONES DAY**<br>**3161 Michelson Drive, Suite 800**<br>**Irvine, CA 92612**<br>e-mail: **atrossum@jonesday.com** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 21, 2018, at Arroyo Grande, California.

/s/ Matthew M. Loker
MATTHEW M. LOKER

Case No.: 3:17-CV-1741-AJB-JLB     *Hudson et al v. Experian*
PROOF OF SERVICE