Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
LAW OFFICE OF DANIEL G. SHAY
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE HUDSON, CHARISSA LEWIS, WILLIAM PEREZ, JR., RUSSELL SMITH, AND CHRISTINA WISEMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | CASE NO. 3:17-cv-01741-AJB-JLB<br><br>CLASS ACTION<br><br>**JOINT STIPULATED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Plaintiffs JANE HUDSON, CHARISSA LEWIS, WILLIAM PEREZ, JR., RUSSELL SMITH, and CHRISTINA WISEMAN ("Plaintiffs"), and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., ("Defendant") through their respective counsel of record, that this Joint Stipulated Motion to Dismiss be granted, and that the actions of Plaintiffs be dismissed individually with prejudice, and that the putative class claims asserted in the lawsuit be dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

**LAW OFFICE OF DANIEL G. SHAY**

Dated: April 16, 2018

s/ Daniel G. Shay
Daniel G. Shay, Esq.
DanielShay@TCPAFDCPA.com
*Attorney for Plaintiffs*

**JONES DAY**

Dated: April 16, 2018

s/ Ann T. Rossum
Ann T. Rossum, Esq.
ATRossum@JonesDay.com
*Attorney for Defendant*

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ann T. Rossum, counsel for Defendant, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: April 16, 2018

s/ Daniel G. Shay
Daniel G. Shay, Esq.
DanielShay@TCPAFDCPA.com