# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE HUDSON, CHARISSA LEWIS, WILLIAM PEREZ, JR., RUSSELL SMITH, AND CHRISTINA WISEMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | CASE NO. 3:17-cv-01741-AJB-JLB<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**(Doc. No. 27)** |

1
2
3
4     Having considered the parties' Joint Stipulated Motion to Dismiss, the above-entitled action is hereby dismissed, with prejudice as to Plaintiffs' individual action, and without prejudice as to the putative class claims asserted in the lawsuit.  Each party shall bear its own costs and fees.

5     IT IS SO ORDERED.

6
7  Dated:  April 16, 2018

8                                                Hon. Anthony J. Battaglia
9                                                United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28